department, entered October 25, 1923, affirming a judg-
ment in favor of defendant, respondent, entered upon
the report of a referee. Under date of April 4, 1914,
Edward Schulze, deceased, entered into an agreement
with the defendant, Daisy Evelyn Schulze, his wife,
and the Farmers' Loan and Trust Company, under
which a trust fund of $50,000 was created, to be held
and paid out fifty dollars weekly to the wife, and on
the death of the husband the trustee was directed to
convey, transfer and set over unto the party of the
second part said trust fund, to be hers absolutely; the
husband having died, this action was brought by the
trustee to obtain a direction as to the disposition of the
surplus in its hands over the amount of the trust fund.

*Richard E. Weldon* and *Randolph Sailer* for appellants.
*Herbert Noble, Alex M. De Haven, Hartwell P. Heath*
and *James H. Kirkpatrick* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

———————

In the Matter of the Accounting of the NATIONAL COM-
    MERCIAL BANK AND TRUST COMPANY OF ALBANY,
    as Administrator with the Will Annexed of STEPHEN W.
    WHITNEY, Deceased.

AMERICAN SURETY COMPANY OF NEW YORK, Appellant;
            GEORGE P. WHITNEY, Respondent.

*Decedent's estate — agreement by legatee to pay sum of money out of his*
    *share of his estate — when does not constitute assignment so as to*
    *authorize surrogate to direct administrator to pay amount.*

*Matter of Whitney,* 206 App. Div. 582, affirmed.
(Argued February 27, 1924; decided April 1, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 19, 1923, which reversed a decree of the
Albany County Surrogate's Court directing the payment
to appellant of the sum of $10,000 out of the respondent's

share of the estate of Stephen W. Whitney, deceased.
The claim was based upon the following writing:

"BROOKLYN, N. Y., *June* 9, 1922.

" I hereby agree to pay to the American Surety Company of New York out of my share of the estate of my father, Stephen W. Whitney, the loss which the said surety company sustained while acting as my surety in favor of the Albany City National Bank, at Albany, N. Y., amount of said loss being ten thousand dollars ($10,000).

" (Signed.)    GEORGE P. WHITNEY.

" Witness:

" MARGARET WHITNEY."

The Appellate Division held that the writing did not constitute an assignment and that there was no authority in the surrogate to direct payment of the amount.

*P. C. Dugan* for appellant.

*John A. Delehanty* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

EDWARD KLEIN et al., Copartners under the Firm Name of E. KLEIN & SON, Appellants, *v.* AARON KATZ et al., Copartners under Firm Name of KATZ, BROOKS & MESHEL, Respondents.

*Bills, notes and checks — action to recover upon trade acceptance.*

*Klein* v. *Katz*, 200 App. Div. 473, affirmed.

(Submitted February 27, 1924; decided April 1, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1922, which reversed a judgment in favor of plaintiffs entered upon an order of the trial court setting aside a verdict in favor of defendants and directing a verdict for plaintiffs and granted a new trial. The action was brought upon a trade acceptance for $2,004.37, dated January 26, 1920, and payable on October 5, 1920, accepted by defendants, and payable to the order of